UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-23296-CIV-LENARD/TORRES

ROBERTO PERALTA,

      Plaintiff,

v.

PERALTA FOOD, CORP.,
a Florida corporation, and
MAXIMO PERALTA, individually,
both jointly and severally,

      Defendants.
_____/

## ORDER ON PLAINTIFF'S MOTION FOR DISBURSEMENT OF FUNDS

This matter is before the Court on Roberto Peralta's Motion for Entry of Order and to Withdraw Monies from Court's Registry ("Plaintiff's Motion") [D.E. 112-1]. Defendants did not file a Response to Plaintiff's Motion following the Bankruptcy Court's Order denying their motion for reconsideration. The Court has reviewed the record and the pending matter is ripe for disposition.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

Roberto Peralta's Motion for Entry of Order and to Withdraw Monies from Court's Registry [D.E. 112-1] is **GRANTED**. The Clerk of the Court is directed to release forthwith funds held in this action from the Court Registry as follows:

    1.    Payment in the amount of one hundred and two thousand, five hundred dollars and zero cents ($102,500.00), plus pro rata share interest on that amount, shall be made payable to Robert S. Norell, P.A. Trust Account. The federal identification number of Robert S. Norell, P.A. is 65-06-43110. A representative

from the law firm of Robert S. Norell, P.A. shall be permitted to retrieve said payment, in person, upon the presentation of proper identification at the Miami office of the Clerk of the Court, Financial Section, three business days following the entry of this Order.

**DONE** and **ORDERED** at Miami, Florida this 2nd day of April, 2008.

/s/ Edwin G. Torres
EDWIN G. TORRES
United States Magistrate Judge

cc:  Honorable Joan A. Lenard
     All counsel of record